PETER O. GLAESSNER, State Bar No. 93830
pglaessner@aghwlaw.com
LORI A. SEBRANSKY, State Bar No. 125211
lsebransky@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Plaintiff
JULIA WONN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JULIA WONN, | Case No. 2:22-CV-02179-DAD-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE CO., a corporation; and DOES 1-50, inclusive, | Hon. Dale A. Drozd |
| Defendants. | |

Plaintiff Julia Wonn and Defendant American Family Connect Property and Casualty Insurance Co. (Connect), through their counsel, stipulate that the above-captioned action is dismissed with prejudice as to all causes of action and all defendant(s), with each side to bear their own costs and attorneys' fees. This stipulation is made under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); no Court order is required to dismiss.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: March 6, 2023    ALLEN, GLAESSNER,
                        HAZELWOOD & WERTH, LLP


By:  */s/ Lori A. Sebransky*
     LORI A. SEBRANSKY
     Attorneys for Plaintiff JULIA WONN


Dated: March 6, 2023    WOOLS PEER DOLLINGER & SCHER


By:  _____
     H. DOUGLAS GALT
     Attorneys for Defendant AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE CO.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

569422.2